DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

FONTANOT LLC,

Appellant/Cross-Appellee,

v.

BHB RESTAURANT CONCEPTS, INC., a Florida corporation,
SERGIO ARTURO BRAWN OSORIO, an individual and
JORGE ALEXANDER BECERRA ROJAS, an individual,

Appellees/Cross-Appellants.

No. 2D2024-0932
_____

January 9, 2026

Appeal from the Circuit Court for Sarasota County; Stephen M. Walker,
Judge.

Fred E. Moore and Matthew F. Liebert of Blalock Walters, P.A.,
Bradenton, for Appellant/Cross-Appellee.

Michael P. Murphy and Jesse R. Butler of Dickinson & Gibbons, P.A.,
for Appellees/Cross-Appellants, BHB Restaurant Concepts, Inc., and
Sergio Auturo Brawn Osorio.

No appearance for Appellee, Jorge Alexander Becerra Rojas.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.